IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
)
Edmound Dai'Re, Jr. and ) BK No. 18-03877-RM3-7
Deborah Anne Dai'Re, )
)
Debtor(s). )

**AUCTIONEER'S DECLARATION IN SUPPORT OF EMPLOYMENT APPLICATION**

I, _Will McLemore_, hereby verify, under penalty of perjury, that I am an auctioneer with McLemore Auction Company, LLC, and that neither I nor any other employee or agent of McLemore Auction Company, LLC have any interest adverse to the bankruptcy estate in connection with this proceeding, and that neither I nor McLemore Auction Company, LLC, have any connection with the Debtors, the creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

I currently have an auctioneer's bankruptcy bond in the amount of $50,000.00, and currently have cash, representing proceeds from sales of bankruptcy estates, in the amount of $0. This bond is sufficient to cover the anticipated gross proceeds from the sale in this case. A true and correct copy of the original bond is on file with the Office of the United States Trustee, Suite 318, 701 Broadway, Nashville, Tennessee 37203.

Dated this 10th day of September, 2018.

/s/ _Will McLemore_
Name: _Will McLemore_
McLemore Auction Company, LLC